# MICHAEL G. O'NEILL
ATTORNEY AT LAW

*By ECF*

June 13, 2022

Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Langford v. Local 15 Operating Engineers
                    18 CV 7041 (LDH)(RER)

Dear Judge Reyes:

    I represent the plaintiffs in this employment discrimination lawsuit. Under the current case management plan, plaintiff's expert report is due June 15, 2022, with defendants' report due September 15 and all discovery ending November 30. I am writing to request a 30 day extension for plaintiff's expert disclosure, with a corresponding extension for defendants to October 15, but leaving the end date for all discovery at November 30, 2022.

    Defendants consent to this request.

                                        Respectfully,